# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amanda Nicole Cuddy<br>Debtor(s) | BK NO. 17-04613 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of VANDERBILT MORTGAGE AND FINANCE, INC. and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/ James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       412-430-3594