

15111-PAM-DE-030393923

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 5, 2018</u>, at <u>9:12</u> o'clock <u>PM EST</u>, <u>Amanda Nicole Cuddy</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC,</u> a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   January 6, 2018

By:   /s/Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education