```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 17-04613-HWV
Amanda Nicole Cuddy                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: admin     Page 1 of 1     Date Rcvd: Mar 02, 2018
                         Form ID: 318    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
```
db              +Amanda Nicole Cuddy,    119 Lion Drive,    Hanover, PA 17331-3850
4989205          Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
4989206         +Dr. Michael Fink & Dr. John Grimes,    Family & Cosmetic Dentistry,    420 West Elm Avenue,
                  Hanover, PA 17331-5144
4989207         +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                  Philadelphia, PA 19106-1538
4989211         +Philip J. Slaugh,    101 McAllister Street,    Hanover, PA 17331-3212
4989212          Vanderbilt Mortgage and Finance Inc,    P.O. Box 742533,    Cincinnati, OH 45274-2533
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4989204         EDI: AMEREXPR.COM Mar 03 2018 00:04:00      American Express,    P.O. Box 297879,
                  Fort Lauderdale, FL 33329-7879
4989208         E-mail/Text: camanagement@mtb.com Mar 02 2018 18:56:27      M&T Bank,    33 Roth Church Road,
                  Spring Grove, PA 17362
4989209         E-mail/Text: camanagement@mtb.com Mar 02 2018 18:56:27      M&T Bank,
                  Credit Card Payment Processing,    P.O. Box 62014,    Baltimore, MD 21264-2014
4989210         E-mail/Text: camanagement@mtb.com Mar 02 2018 18:56:27      M&T Bank,    P.O. Box 62082,
                  Baltimore, MD 21264-2082
                                                                                             TOTAL: 4
```

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
               bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Thomas E. Miller    on behalf of Debtor 1 Amanda Nicole Cuddy staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Amanda Nicole Cuddy** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2016 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **1:17–bk–04613–HWV** | | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amanda Nicole Cuddy

**By the court:**   *Henry W. Van Eck* (signature)

March 2, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**